UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

AHMADOU SANKARA,

        Petitioner,

    v.                                                        19-CV-174
                                                                     DECISION AND ORDER

WILLIAM P. BARR,
Attorney General;

THOMAS FEELEY,
Field Office Director for Detention and
Removal, Buffalo Field Office, Bureau of
Immigration and Customs Enforcement;
and

JEFFERY SEARLS,
Facility Director, Buffalo Federal
Detention Facility,

        Respondents.

---

        The pro se petitioner, Ahmadou Sankara, has moved for reconsideration of this Court's decision and order denying his habeas petition. Docket Item 28.

        The standard for granting a motion for reconsideration "is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked—matters, in other words, that might reasonably be expected to alter the conclusion reached by the court." *Shrader v. CSX Transp., Inc.*, 70 F.3d 255, 257 (2d Cir. 1995). "[A] motion to reconsider should not be granted where the moving party seeks solely to relitigate an issue already decided." *Id*. Sankara's motion raises no controlling decisions or data but instead seeks either to relitigate his habeas petition, *see* Docket Item 28 at 5, or to obtain relief that this Court

does not have the power to grant, *see, e.g.*, *id.* at 4 (asking Court to grant asylum claim); 8 C.F.R. § 208.31(a) ("USCIS has exclusive jurisdiction to make reasonable fear determinations, and EOIR has exclusive jurisdiction to review such determinations."). His motion is therefore denied.

    SO ORDERED.

Dated:    May 23, 2019
              Buffalo, New York

    *s/ Lawrence J. Vilardo*
    LAWRENCE J. VILARDO
    UNITED STATES DISTRICT JUDGE